**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HABEEB MUHAMMAD,**  **PETITIONER**
Reg. # 97990-079

v.  Case No. 4:15-cv-00199-KGB-JJV

**TEREASA PILCHER, Chief Deputy
Clerk, Hot Springs Circuit Court;** *et al.*  **RESPONDENTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 2). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that petitioner Habeeb Muhammad's petition for writ of mandamus is dismissed (Dkt. No. 1), and the requested relief is denied.

SO ORDERED this the 18th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE