# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HABEEB MUHAMMAD,**              **PETITIONER**
**Reg. # 97990-079**

v.               Case No. 4:15-cv-00199-KGB-JJV

**TEREASA PILCHER, Chief Deputy**
**Clerk, Hot Springs Circuit Court;** *et al.*              **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this petition is dismissed.

SO ADJUDGED this the 18th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE